Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−33379−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James A Scharen | My−Lien T Peach−Scharen |
| 8 Barbara Way | 8 Barbara Way |
| Wayne, NJ 07470 | Wayne, NJ 07470 |

Social Security No.:
   xxx−xx−0694                                              xxx−xx−2330

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/27/19 at 10:00 AM

to consider and act upon the following:

**76** − Creditor's Certification of Default (related document:45 Motion for Relief from Stay re: 8 BARBARA WAY, WAYNE, NJ 07470. Fee Amount $ 181. filed by Creditor CALIBER HOME LOANS, INC., 66 Order (Generic)) filed by Denise E. Carlon on behalf of Specialized Loan Servicing, LLC. Objection deadline is 08/30/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

**77** − Certification in Opposition to Creditor's COD (related document:76 Creditor's Certification of Default (related document:45 Motion for Relief from Stay re: 8 BARBARA WAY, WAYNE, NJ 07470. Fee Amount $ 181. filed by Creditor CALIBER HOME LOANS, INC., 66 Order (Generic)) filed by Denise E. Carlon on behalf of Specialized Loan Servicing, LLC. Objection deadline is 08/30/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by David L. Stevens on behalf of My−Lien T Peach−Scharen, James A Scharen. (Stevens, David)

Dated: 9/4/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court