**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−33379−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James A Scharen
8 Barbara Way
Wayne, NJ 07470

My−Lien T Peach−Scharen
8 Barbara Way
Wayne, NJ 07470

Social Security No.:
xxx−xx−0694

xxx−xx−2330

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/27/19 at 10:00 AM

to consider and act upon the following:

*76* − Creditor's Certification of Default (related document:45 Motion for Relief from Stay re: 8 BARBARA WAY, WAYNE, NJ 07470. Fee Amount $ 181. filed by Creditor CALIBER HOME LOANS, INC., 66 Order (Generic)) filed by Denise E. Carlon on behalf of Specialized Loan Servicing, LLC. Objection deadline is 08/30/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

*77* − Certification in Opposition to Creditor's COD (related document:76 Creditor's Certification of Default (related document:45 Motion for Relief from Stay re: 8 BARBARA WAY, WAYNE, NJ 07470. Fee Amount $ 181. filed by Creditor CALIBER HOME LOANS, INC., 66 Order (Generic)) filed by Denise E. Carlon on behalf of Specialized Loan Servicing, LLC. Objection deadline is 08/30/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by David L. Stevens on behalf of My−Lien T Peach−Scharen, James A Scharen. (Stevens, David)

Dated: 9/4/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
James A Scharen
My-Lien T Peach-Scharen
    Debtors

Case No. 15-33379-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 04, 2019
                       Form ID: ntchrgbk     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.
```
db/jdb       +James A Scharen,   My-Lien T Peach-Scharen,   8 Barbara Way,   Wayne, NJ 07470-3827
aty          +Dean Prober,   20750 Ventura Blvd.,   Suite 100,   Woodland Hills, CA 91364-6207
cr           +CALIBER HOME LOANS, INC.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
cr           +Caliber Home Loans, Inc.,   RAS Citron, LLC,   130 Clinton Road,   Suite 202,
               Fairfield, NJ 07004-2927
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                                                   Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2019 at the address(es) listed below:
```
          David L. Stevens    on behalf of Joint Debtor My-Lien T Peach-Scharen dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
          David L. Stevens    on behalf of Debtor James A Scharen dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
          Denise E. Carlon    on behalf of Creditor   Specialized Loan Servicing, LLC
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          James Patrick Shay    on behalf of Creditor   CALIBER HOME LOANS, INC. jpshay@mdwcg.com,
           jpshay@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor   Caliber Home Loans, Inc. nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor   CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
          Patrick O. Lacsina    on behalf of Creditor   Caliber Home Loans, Inc. , PATRICK.LACSINA@GMAIL.COM
          Rebecca Ann Solarz    on behalf of Creditor   Specialized Loan Servicing, LLC
           rsolarz@kmllawgroup.com
          Sindi  Mncina    on behalf of Creditor   Caliber Home Loans, Inc. smncina@rascrane.com
                                                                                             TOTAL: 10
```