Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  15−33379−JKS
                    Chapter:  13
                    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James A Scharen                                       My−Lien T Peach−Scharen
   8 Barbara Way                                          8 Barbara Way
   Wayne, NJ 07470                                     Wayne, NJ 07470

Social Security No.:
   xxx−xx−0694                                                 xxx−xx−2330

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on December 18, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 18, 2019
JAN: zlh

                                                                                                             Jeanne Naughton
                                                                                                             Clerk

```
                        United States Bankruptcy Court
                            District of New Jersey
In re:                                                          Case No. 15-33379-JKS
James A Scharen                                                 Chapter 13
My-Lien T Peach-Scharen
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2            Date Rcvd: Dec 18, 2019
                             Form ID: 148             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db/jdb         +James A Scharen,    My-Lien T Peach-Scharen,    8 Barbara Way,    Wayne, NJ 07470-3827
aty            +Dean Prober,    20750 Ventura Blvd.,    Suite 100,    Woodland Hills, CA 91364-6207
cr             +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +Caliber Home Loans, Inc.,    RAS Citron, LLC,    130 Clinton Road,    Suite 202,
                 Fairfield, NJ 07004-2927
515903487      +Armando Group, LLC,    PO Box 3185,    Wayne, NJ 07474-3185
515903488      +Caliber Home Loans, Inc.,    Po Box 24610,    Oklahoma City, OK 73124-0610
515903491      +Ear, Nose, Throat & Facial Plastic Suerg,    1608 Route 88,    Suite 240,   Brick, NJ 08724-3009
515903492      +Homeplus Fin,    600 Lairport Stree,    El Segundo, CA 90245-5004
516007995      +Homeplus Finance Corporation,    600 Lairport Street,    El Segundo, CA 90245-5004
515903493      +Law Office of Peral & Levy,    175 Fairfield Ave,    Ste. 4B,   Caldwell, NJ 07006-6415
515903494       Majestic Lake Financial,    635 East Highway 20, K,   Upper Lake, CA 95485
515903496       PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
518153909      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2019 00:32:14     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2019 00:32:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515903489       EDI: CAPITALONE.COM Dec 19 2019 04:43:00      Capital One Bank Usa N,   15000 Capital One Dr,
                 Richmond, VA 23238
516121739      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 19 2019 00:33:12     Caliber Home Loans, Inc.,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
515971977       EDI: CAPITALONE.COM Dec 19 2019 04:43:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
515903490      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 19 2019 00:33:55     Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
516125236       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 19 2019 00:34:02     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516107400       E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 19 2019 00:35:05     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
515903495      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 19 2019 00:33:32     Merrick Bank,
                 Pob 9201,    Old Bethpage, NY 11804-9001
                                                                                              TOTAL: 9

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516348340*     +Caliber Home Loans, Inc.,    13801 Wireless Way,   Oklahoma City, OK 73134-2500
518515533*     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518153910*     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Dec 18, 2019
                                  Form ID: 148             Total Noticed: 22


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
              David L. Stevens    on behalf of Joint Debtor My-Lien T Peach-Scharen dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              David L. Stevens    on behalf of Debtor James A Scharen dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    CALIBER HOME LOANS, INC. shay@bbs-law.com,
               jpshay@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com
              Patrick O. Lacsina    on behalf of Creditor    Caliber Home Loans, Inc. ,    PATRICK.LACSINA@GMAIL.COM
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing, LLC
               rsolarz@kmllawgroup.com
              Sindi Mncina    on behalf of Creditor    Caliber Home Loans, Inc. smncina@rascrane.com
                                                                                             TOTAL: 10
```